1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC HIDALGO, | CASE NO. 2:16-CV-00061-FMO (SK) |
|                 Petitioner, | **JUDGMENT** |
|         v. | |
| NEIL McDOWELL, | |
|                 Respondent. | |

      Pursuant to the Order Accepting the Report and Recommendation to Deny Habeas Petition, **IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.


DATED: <u>November 2, 2017</u>           <u>          /s/           </u>

                                HON. FERNANDO M. OLGUIN
                                U.S. DISTRICT JUDGE